Menke Jackson Beyer
 Elofson Ehlis & Harper, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for Defendant
Thomas Walker

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANE L. RATSCH, ) | NO. CV-06-158-LRS |
| ) | |
| Plaintiff, ) | ORDER FOR DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| FRANKLIN COUNTY, ) | |
| WASHINGTON, CITY OF PASCO, ) | |
| WASHINGTON, RICHARD ) | |
| LATHIM, DENIS AUSTIN, and ) | |
| THOMAS WALKER, ) | |
| ) | |
| Defendants. ) | |

The above entitled matter having before the court upon the stipulation of the parties by and through their counsel, and it appearing to the court that this matter has been fully settled and should no longer remain pending, and the Court being fully advised in the premises, now, therefore,

ORDER FOR DISMISSAL
Page 1 of 3

MENKE JACKSON BEYER
ELOFSON EHLIS & HARPER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

IT IS HEREBY ORDERED that the above entitled action shall be, and the same is hereby dismissed with prejudice and without costs.

DATED this 2nd day of February, 2007.

                     s/Lonny R. Suko
_____
LONNY R. SUKO
United States District Judge

Presented by:

s/ G. SCOTT BEYER
  WSBA # 03817
  Attorney for Defendant Thomas Walker
  Menke Jackson Beyer Elofson
    Ehlis & Harper, LLP
  807 North 39th Avenue
  Yakima, WA  98902
  509-575-0313
  sbeyer@mjbe.com

ORDER FOR DISMISSAL
Page 2 of 3

**MENKE JACKSON BEYER
ELOFSON EHLIS & HARPER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joel R. Comfort
Email: jcomfort@mmslegal.com

George Fearing
Email: gfearing@tricitylaw.com

Christopher John Mertens
Email: cmertens@mmslegal.com

Richard D. Wall
Email: rdwallps@comcast.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

        s/ G. SCOTT BEYER
        WSBA #03817
        Attorneys for Defendant Thomas Walker
        Menke Jackson Beyer Elofson
          Ehlis & Harper, LLP
        807 North 39th Avenue
        Yakima, Washington 98902
        Telephone: (509) 575-0313
        Fax: (509) 575-0351
        Email: sbeyer@mjbe.com

ORDER FOR DISMISSAL
Page 3 of 3

**MENKE JACKSON BEYER
ELOFSON EHLIS & HARPER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351